JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-03163 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Lamar Lofton, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lamar Lofton, in the principal amount of $2,553.23 plus interest accrued to April 9, 2012, in the sum of $3,677.19; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,230.42**.

DATED: 9/4/2012     By: TERRY NAFISI
                         Clerk of the Court

                         L. RAYFORD
                         Deputy Clerk
                         United States District Court