1  JULIE M. MCCOY, Bar No. 129640
   JACQUELYNE M. NGUYEN, Bar No. 249658
2  LAW OFFICES OF JULIE M. MCCOY
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No. CV 12-03163

12                      Plaintiff,

13          vs.                        CONSENT JUDGMENT

14  Lamar Lofton,

15                      Defendant

16

17        Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, UNITED

19  STATES OF AMERICA, against Defendant, Lamar Lofton, in the

20  principal amount of $2,553.23 plus interest accrued to April

21  9, 2012, in the sum of $3,677.19; with interest accruing

22  thereafter at 8% annually until entry of judgment,

23  administration costs in the amount of $0.00, for a total

24  amount of $**6,230.42**.

25

26  DATED:   9/4/2012              By: TERRY NAFISI
                                       Clerk of the Court
27
                                       L. RAYFORD
28
                                       Deputy Clerk
                                       United States District Court

Page 5